# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| THERMAN JONES, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL NO. 3:09CV590<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## FINAL ORDER

This matter is before the Court on the Report and Recommendation ("R&R") entered by the Honorable Dennis W. Dohnal, United States Magistrate Judge, on April 21, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), affirming the decision of the Administrative Law Judge ("ALJ"). For the reasons set forth in the accompanying Memorandum Opinion, the Plaintiff's objections to the R&R are OVERRULED; the R&R is ACCEPTED and ADOPTED; the Plaintiff's Motion for Summary Judgment is DENIED; the Defendant's Motion for Summary Judgment is GRANTED; and the decision of the Commissioner is AFFIRMED.

Let the Clerk file this Final Order and the accompanying Memorandum Opinion electronically and notify counsel of record accordingly.

It is so ORDERED.

/s/
Richard L. Williams
Senior United States District Judge

Richmond, Virginia
Dated: June 3, 2010